MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants
FORTY NINERS FOOTBALL
COMPANY, LLC and JOHN YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LONG,<br><br>        Plaintiff,<br><br>v.<br><br>FORTY NINERS FOOTBALL COMPANY LLC and JOHN YORK,<br><br>        Defendants. | Case No. 3:13-CV-02919-EMC<br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER EXTENDING DEADLINES FOR<br>RESPONSIVE PLEADINGS TO<br>DEFENDANTS' MOTION TO DISMISS**<br><br>Date: November 7, 2013<br>Time: 1:30 p.m.<br>Ctrm.: 5, 17th Floor |

## STIPULATION

Plaintiff Daniel Long and Defendants Forty Niners Football Company LLC and John York, by and through their attorneys of record, hereby stipulate to extend the deadline for responsive pleadings to Defendants' Motion to Dismiss as follows:

1. Plaintiff's deadline to file an Opposition to Defendants' Motion to Dismiss shall be extended to **October 16, 2013.**

2. Defendants' deadline to file a reply to Plaintiff's Opposition shall be extended to **October 23, 2013**.

The hearing on Defendants' Motion to Dismiss, set for November 7, 2013, shall not be affected by the stipulated extensions.

1 | Dated: October 1, 2013

2 | By: /s/ *Geoffrey Becker*
3 | GEOFFREY BECKER
  | Attorneys for Plaintiff

5 | Dated: October 1, 2013     LOMBARDI, LOPER & CONANT, LLP

7 | By: /s/ *Kara A. Abelson*
  | KARA A. ABELSON
  | Attorneys for Defendants

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

2     Case No. 3:13-CV-02919-EMC
STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADINGS TO DEFENDANTS' MOTION TO DISMISS

30705-41491 KAA 648500.1

**ORDER**

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court. Plaintiff's reply to Defendants' Motion to Dismiss must be filed on or before **October 16, 2013**. Defendants' reply shall be filed on or before **October 23, 2013.**

**IT IS SO ORDERED:**

Dated: 10/7/13 _____



3  Case No. 3:13-CV-02919-EMC

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADINGS TO DEFENDANTS' MOTION TO DISMISS

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30705-41491 KAA 648500.1