UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL LONG,

        Plaintiff,

    v.

FORTY NINERS FOOTBALL COMPANY LLC, *et al.*,

        Defendants.

_____/

No. C-13-2919 EMC

**ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO RESPOND TO DISCLOSURES**

On October 16, 2013, the Court issued an order to show cause as to why this action should not be dismissed for lack of subject matter jurisdiction. Specifically, the Court ordered Defendant Forty Niners Football Company LLC to file a statement disclosing its members and the States of which they are citizens by 5:00pm, October 18, 2013. (Dkt. No. 24, at 2). Plaintiff Daniel Long has requested to be given until noon, October 21, 2013 to respond to the statement the Defendant will file. This request is **GRANTED**.

    IT IS SO ORDERED.

Dated: October 17, 2013

                                          _____
                                          EDWARD M. CHEN
                                          United States District Judge